UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANASTACIO AVILA,<br><br>              Plaintiff,<br>     v.<br><br>COUNTRYWIDE HOME LOANS, INC. and<br>BAC HOME LOANS SERVICING, LP,<br><br>              Defendants. | Case No.: 10-CV-05485-LHK<br><br>ORDER DISMISSING CASE |

On March 29, 2011, the Court granted a Motion to Dismiss filed by Defendants Countrywide Home Loans, Inc. (Countrywide) and BAC Home Loans Servicing, LP (BAC) (together, Defendants).[1] Plaintiff, proceeding pro se, failed to oppose the Motion to Dismiss, or to file a statement of nonopposition as required by Civil Local Rule 7-3(b). The Court found that Plaintiff had failed to state a claim. Plaintiff was given leave to file an amended complaint by April 19, 2011. As of today, April 26, 2011, no amended complaint has been filed. Accordingly, the case is DISMISSED with prejudice. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: April 26, 2011

_____
LUCY H. KOH
United States District Judge

---

[1] Plaintiff sued Countrywide Home Loans "ndba BAC Home Loan Servicing, LP." The Complaint appears to treat the two as one entity. *See* Compl. ¶ 1. In their Opposition, Countrywide and BAC indicate that the two are separate entities.

1

Case No.: 10-CV-05485-LHK
ORDER DISMISSING CASE